# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

Plaintiff,

      v.

George Kuiper

Defendant,

Criminal No. 1:20-cr158-PB 01

## MOTION TO EXCUSE LOCAL COUNSEL

NOW COMES, Roger B. Phillips, Esquire, counsel for the Defendant, George Kuiper, and hereby requests that he be excused from today's hearing at 10:30 and states as his reasons the following:

1      Due to an unforeseen and necessary medical appointment, local counsel, Roger B. Phillips, may not be available to for today's hearing at 10:30 a.m.;

2.      Assistant U.S Attorney, Georgina MacDonald, has no objection to the requested relief;

WHEREFORE, counsel requests that he be excused from today's hearing.

DATED: January 14, 2021          Respectfully Submitted,

                                                */s/Roger B. Phillips*
                                                Roger B. Phillips
                                                Phillips Law Office, PLLC
                                                104 Pleasant Street
                                                Concord, NH 03301
                                                NH Bar No. 2018
                                                (603) 225-2767
                                                roger@phillipslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be served upon all counsel of record.

Dated:  January 14, 2021                            /s/Roger B. Phillips

                                                  Roger B. Phillips