UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-158-PB |
| | ) | |
| GEORGE KUIPER | ) | |

PRELIMINARY ORDER OF FORFEITURE

The defendant, George Kuiper ("Kuiper"), has pleaded guilty to Counts One through

Three of an Information that charges him with conspiracy to distribute unapproved drugs in

interstate commerce and to smuggle goods into the United States; distributing unapproved drugs,

and smuggling goods into the United States, in violation 18 U.S.C. §§ 371 and 545, and 21

U.S.C. §§ 331(d) and 333(a)(2).

As part of Kuiper's Plea Agreement at paragraph 13, pages 13-16, he has agreed to forfeit

his right, title and interest, if any, in the following assets: (A) $19,120.14 in funds from Citibank

Account #145922044; (B) $2,452.00 in U.S. Currency; (C) $11,090.49 in funds from Fidelity

Bank Account #140907596; (D) $67,028.22 in funds from Renasant Account #1102435; (E)

$21,527.31 in funds from Renasant Account #3417190; (F) $108,956.13 in funds from TD

Ameritrade Account #756471881; and (G) $19,545.11 in funds from TD Ameritrade Account

#862721260.[1]

IT IS ORDERED that all of the defendant's right, title and interest, if any, in assets (A)

through (G), as described in paragraph two, are hereby forfeited to the United States pursuant to

18 U.S.C. § 545, 982(a)(2)(B), and 21 U.S.C. § 334.

---

[1] Kuiper has also agreed to the civil forfeiture of additional assets.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of his sentencing, and shall be made part of the sentence and included in the judgment.

The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to the provisions of Fed. R. Crim. P. 32.2(e).

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Probation Office and counsel for all parties, and shall send 2 certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, Attention: Assistant U.S. Attorney Georgiana MacDonald.

Entered this _____22_____ day of _____January_____, 2021.

_____/s/ Paul Barbadoro_____
United States District Judge