UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA            )
                                    )
          v.                        )            No. 1:20-cr-158-PB
                                    )
GEORGE KUIPER                       )
_____ )

FINAL ORDER OF FORFEITURE

1.  On January 22, 2021, this Court entered a Preliminary Order of Forfeiture forfeiting

defendant George Kuiper's interest in: (A) $19,120.14 in funds from Citibank Account

#145922044; (B) $2,452.00 in U.S. Currency; (C) $11,090.49 in funds from Fidelity Bank

Account #140907596; (D) $67,028.22 in funds from Renasant Account #1102435; (E)

$21,527.31 in funds from Renasant Account #3417190; (F) $108,956.13 in funds from TD

Ameritrade Account #756471881; and (G) $19,545.11 in funds from TD Ameritrade Account

#862721260.

2.  The United States posted notice of this proceeding on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 28, 2021,

pursuant to the provisions of 21 U.S.C. § 863(n).   No parties have filed timely claims by the

post-publication claim deadline of March 29, 2021.

3.  There are no known potential third party claimants to assets (A) through (G) included

in the Preliminary Order of Forfeiture.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all

rights, title and interest to: (A) $19,120.14 in funds from Citibank Account #145922044; (B)

$2,452.00 in U.S. Currency; (C) $11,090.49 in funds from Fidelity Bank Account #140907596;

(D) $67,028.22 in funds from Renasant Account #1102435; (E) $21,527.31 in funds from

Renasant Account #3417190; (F) $108,956.13 in funds from TD Ameritrade Account

#756471881; and (G) $19,545.11 in funds from TD Ameritrade Account #862721260, shall be forfeited to the United States of America pursuant to 18 U.S.C. § 545, 982(a)(2)(B), and 21 U.S.C. § 334, and shall be disposed of by the United States Marshals Service, or any authorized federal law enforcement agency, in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward 7 certified copies of this Order to Assistant U.S. Attorney Georgiana MacDonald, and a copy to all counsel of record.

Dated: May 26, 2021                        /s/  Paul Barbadoro
                                           UNITED STATES DISTRICT JUDGE